AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HECTOR BOSQUEZ

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07CV3928(VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York, Police Commissioner Raymond Kelly, Assistant Chief Joseph Fox and Captain Peter Simonetti by:
David M. Pollack, Assistant Corporation Counsel
Special Federal Litigation Division,
New York City Department of Law
100 Church Street, Rm. 3-140
New York, NY 10007

I certify that I am admitted to practice in this court.

July 12, 2007
Date

Signature

David M. Pollack, ACC
Print Name

DP/3873
Bar Number

100 Church Street, Room 3-140
Address

New York, New York   10007
City   State   Zip Code

(212) 788-1894
Phone Number

(212) 788-9776
Fax Number