# STOLL, GLICKMAN & BELLINA LLP
### ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-07
```

Chambers of the Honorable Judge Victor Marrero
United States District Court
500 Pearl St., Room 660
New York, NY 10007
BY FAX

October 17, 2007

Re: <u>Hector Bosquez v. City of New York et al.</u> 07CV3928(VM)(KNF)

Your Honor-

I write to request an adjournment of the initial conference currently scheduled for October 26 at 2:30pm. This is my first request for an adjournment. Counsel for the defendants, Assistant Corporation Counsel David Pollack, consents to this request.

I am requesting an adjournment because I will be out of town on that scheduled date. If convenient with the Court, ACC Pollack and I are available October 29 and Nov. 9.

Thank you in advance for your consideration.

Sincerely Yours,

Nicole Bellina
718 852 4491

```
Request GRANTED. The initial
conference herein is rescheduled to 11-9-07
at 9:30 a.m.
SO ORDERED.

10-17-07
DATE        VICTOR MARRERO, U.S.D.J.
```

CC:  ACC David Pollack (BY FAX)