**STOLL, GLICKMAN & BELLINA**[LLP] ATTORNEYS AT LAW

**MEMO ENDORSED**

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

JAN 22 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/08

January 21, 2008

Honorable Judge Kevin Nathaniel Fox
U.S. District Court-SDNY
500 Pearl Street, Room 540
New York, NY 10007
BY FAX

Re: <u>Hector Bosquez v. City of New York et al.</u> 07CV3928 (VM)(KNF)

Dear Honorable Judge Fox-

I write to request permission to amend the complaint in the above captioned case to add a recently identified police officer. Opposing counsel, assistant corporation counsel Pollack, consents to this request. Our revised scheduling order allows amendments until 3/7/2008.

If permitted, I seek to replace "John Doe" #1 with Police Officer Hassel who participated in the arrest that underlies this excessive force claim.

Thank you for your consideration.

Sincerely Yours,

Nicole Bellina
718 852 4491

cc: ACC David Pollack (BY FAX)

1/22/08
Application granted.
SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX, U.S.M.J.